# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § | |
| v. | § § | Case No. 1:20-CR-235-RP |
| **ARNOLD EPEREZ SHERMAN,** *Defendant* | § § | |

## O R D E R

Before the Court is Defendant Arnold Eperez Sherman's Motion to Withdraw as Counsel and for Appointment of New Counsel (Under Seal), filed April 19, 2021 (Dkt. 26). The District Court referred the motion to the undersigned Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 27.

Assistant Federal Public Defender Charlotte A. Herring moves to withdraw and asks that a new attorney be appointed to represent Defendant. The Government does not oppose the motion.

Having considered the motion, the undersigned finds that there is good cause to grant the motion and permit counsel to withdraw. **IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Charlotte A. Herring is hereby **WITHDRAWN** as Defendant's counsel of record.

Consistent with the Court's Order Regarding Financial Status entered December 16, 2020 (Dkt. 10), **IT IS FURTHER ORDERED** that **Mark Andrew Sampson #00786221** is hereby **APPOINTED** to represent Defendant.

**SIGNED** on April 19, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE